```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   DERELL PRUITT, et al.,            ) Docket No. 16 CV 5079
                                       )
 4         Plaintiffs,                 )
                                       ) Chicago, Illinois
 5              vs.                    ) November 30, 2016
                                       ) 9:00 o'clock a.m.
 6   PERSONNEL STAFFING GROUP, LLC,    )
     doing business as MVP, et al.,    )
 7                                     )
           Defendants.                 )
 8

 9              TRANSCRIPT OF PROCEEDINGS - Motion
           BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiffs:      WORKERS' LAW OFFICE PC
12                            BY:  MR. ALVAR AYALA
                              53 West Jackson Boulevard
13                            Suite 701
                              Chicago, Illinois   60604
14

15   For Personnel Staffing,
        Visual, C&D, and
16      Metropolitan:         KOREY RICHARDSON LLC
                              BY:  MS. BRITNEY ZILZ
17                            20 South Clark Street
                              Suite 500
18                            Chicago, Illinois   60603

19
     For Segerdahl:           FREEBORN & PETERS
20                            BY:  MR. DAVID S. BECKER
                              311 South Wacker Drive
21                            Suite 3000
                              Chicago, Illinois   60606

22

23
                    Laura LaCien, CSR, RMR, CRR
24                     Official Court Reporter
              219 South Dearborn Street, Suite 1902
25                   Chicago, Illinois   60604
                          (312) 408-5032
```

```
 1

 2   APPEARANCES:  (Cont'd)

 3
     For Medline:            COZEN O'CONNOR
 4                           BY:  MS. DANIELLE HARRIS
                             123 North Wacker Drive
 5                           Suite 1800
                             Chicago, Illinois  60606
 6

 7   For Georgia Nut:        GORDON & REES LLP
                             BY:  MS. LINDSAY A. WATSON
 8                           One North Franklin Street
                             Suite 800
 9                           Chicago, Illinois  60606

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          (The following proceedings were had in open court:)
 2              COURTROOM DEPUTY:  16 C 5079, Pruitt versus
 3   Personnel Staffing Group.
 4              MS. ZILZ:  Good morning, your Honor.  Britany Zilz
 5   on behalf of defendants Personnel Staffing Group, C&D
 6   Recycling, Metropolitan Graphic Arts and the Visual Pak
 7   Company.
 8              THE COURT:  Thank you.
 9              MS. WATSON:  Good morning, your Honor.  Lindsay
10   Watson on of behalf of the defendant Georgia Nut Company.
11              THE COURT:  Thank you.
12              MR. BECKER:  Good morning, your Honor.  David Becker
13   on behalf of defendant Segerdahl.
14              THE COURT:  Thank you.
15              MS. HARRIS:  Good morning, your Honor.  My name is
16   Danielle Harris on behalf of Medline.
17              THE COURT:  Good morning.
18              MR. AYALA:  Good morning, your Honor.  Alvar Ayala
19   on behalf of plaintiffs.
20              THE COURT:  Okay.  Is there another counsel for
21   plaintiffs or no?
22              MR. AYALA:  Yes, your Honor.  Chris Williams is
23   currently --
24              THE COURT:  Is unable to make it, I understand,
25   right?
```

```
 1            MR. AYALA:  Yes.  He's in flight, your Honor.
 2            THE COURT:  That's what my courtroom deputy got the
 3   information, okay.  The motion to dismiss I granted in part,
 4   denied in part.
 5            Okay.  And defendant's motion to strike class and
 6   sever was denied.  So at this point -- if you
 7   haven't received it, I guess courtroom deputy will pass.
 8            We need to set a date for answer on the claims that
 9   were not dismissed.  How much time would defense like to
10   answer?
11            MR. BECKER:  We need to take a look to see -- are
12   all defendants in?
13            THE COURT:  Well, if you look at the last page, the
14   Title VII claims brought against C&D are dismissed.  Cox's
15   Title VII claims are dismissed.  Peterson's Title VII claims
16   brought against Georgia Nut are dismissed so the rest are
17   there so I don't know which one of you are representing
18   exactly as to what claims, so.
19            If I set 30 days, would that suffice?
20            MR. BECKER:  That's fine, your Honor.
21            MS. ZILZ:  Yes, your Honor.
22            THE COURT:  Okay.  Let's set 30 days for those
23   claims that are still here; okay.  And then we need to set
24   discovery dates for the claims that are still in.  What were
25   counsels contemplating as far as discovery period?
```

1          MR. AYALA: Our suggestion, your Honor, would be one
2  year to perform discovery on this case.
3          THE COURT: How long?
4          MR. AYALA: One year.
5          MR. BECKER: Your Honor, if I may, this is still a
6  class claim and I would think we would need to have a
7  schedule to deal with class certification even though the
8  claims were not outright stricken.
9          THE COURT: Yeah. I'm checking something here.
10 You're pursuing the class claim, correct?
11         MR. AYALA: Correct, your Honor.
12         THE COURT: Okay. Would there be a need for some
13 discovery before class certification motion is filed?
14         MR. AYALA: There will, your Honor.
15         THE COURT: Okay. How much time would you suggest
16 for the class motion to be filed?
17         MR. AYALA: I would suggest at least six months,
18 your Honor, just based on how these cases have gone or how
19 these claims have been litigated in other cases that are
20 filed in this district.
21         What I would suggest, your Honor, frankly since it
22 seems like there may be various opinions here, maybe the
23 parties can file an updated status report and suggest a
24 discovery schedule to this Court.
25         THE COURT: How long have you been practicing before

```
 1  me?
 2            MR. AYALA:  A few years now, your Honor.
 3            THE COURT:  Okay.  You know I don't delay things so
 4  we need to set dates.  This is an employment discrimination
 5  case.
 6            MR. AYALA:  Correct, your Honor.
 7            THE COURT:  Okay.  It doesn't take too much to
 8  depose people and to get it moving.  What I'm going to do is
 9  I'm going to set 90 days from now class motion to be filed,
10  okay, and I'll give the exact dates so that there's no
11  confusion.  By March 3rd, class motion.
12            Counsels for defense, how much time for you to
13  answer the class motion?
14            MS. ZILZ:  Your Honor, it will depend on whether or
15  not -- in our experience with plaintiff's counsel, they've
16  included expert reports within their class motion so if we
17  need to do expert discovery with respect to the statistics
18  that they do, that is our only concern with respect to
19  timing.
20            THE COURT:  So how much time would you like to
21  answer based on what you know?
22            MS. ZILZ:  Your Honor, we would request 60 days.
23            THE COURT:  That's fine.  So we'll set May 5th for
24  the answer.  And then how much time to reply after May 5th,
25  counsel for plaintiff?
```

1           MR. AYALA:  We would request 45 days, your Honor.
2           THE COURT:  Okay.  That will bring us to June 19th.
3   Okay.  Those are the class motion dates.
4           I will set discovery deadline of another six months
5   after that so a total of nine months would be more than
6   sufficient so we'll set nine months from today so it's going
7   to be August 31st.
8           MR. BECKER:  Your Honor, beyond that discovery
9   deadline, would there be a -- aside from the experts that
10  they're going to present in their class briefing, we would
11  expect experts to be set in their regular case --
12          THE COURT:  Okay.
13          MR. BECKER:  -- or assuming the class goes
14  forward.
15          THE COURT:  I understand.
16          MR. BECKER:  So can we have a 90-day expert period
17  after that?
18          THE COURT:  What I'll do is, is that going to be
19  really present or we don't know yet, expert --
20          MR. AYALA:  It will most likely be present, your
21  Honor.
22          THE COURT:  Most likely, okay.  What I'll do is
23  after August 31st, I'll set September 29th for the
24  plaintiff's expert disclosure and report and for the
25  defendants, I'll set October 31.

```
 1                MR. BECKER:  Is that 29th, your Honor?
 2                THE COURT:  October 31st.
 3                MR. BECKER:  31st?
 4                THE COURT:  Yes.  Okay.  And then class -- expert
 5     discovery will end December 29th.
 6                MR. BECKER:  Your Honor, in that intervening time
 7     between the 10-31 date and the December date at the close of
 8     expert discovery, it's been our experience in cases like this
 9     that a rebuttal expert deadline is useful.
10                THE COURT:  Okay, if you believe that it's useful.
11     After 10-31, you'd like a rebuttal deadline?
12                MR. BECKER:  Yes.
13                THE COURT:  How much longer?
14                MR. BECKER:  Is eleven -- maybe 21 days after
15     that.
16                THE COURT:  Okay.  That's fine.  I'll set the
17     rebuttal one.  November 20.  Then I'll do December 29th now.
18     If there is any issue that you need another month or so, we
19     could always come back.  Okay?
20                MR. BECKER:  Thank you, your Honor.
21                THE COURT:  Next status I'm just going to set after
22     fact discovery is completed by August 31st so we'll set it
23     for September 6th.  Judge Finnegan is the Magistrate Judge
24     assigned in this case.  Any discovery disputes I'm going to
25     refer supervision to Judge Finnegan.  But in the event that
```

```
 1  the parties are contemplating settlement, I'll also just, to
 2  be on the safe side, refer to her also for settlement
 3  purposes.
 4            Anything else we need to address today?
 5            MR. AYALA:  No, your Honor.
 6            MS. ZILZ:  No, your Honor.
 7            MR. BECKER:  No, your Honor.
 8            THE COURT:  Thank you, all.
 9      (Which concluded the proceedings in the above-entitled
10  matter.)
11                       C E R T I F I C A T E
12            I hereby certify that the foregoing is a transcript
13  of proceedings before the Honorable Samuel Der-Yeghiayan on
14  November 30, 2016.
15
16  /s/Laura LaCien
    _____          December 16, 2016
17  Laura LaCien                            Date
    Official Court Reporter
18
19
20
21
22
23
24
25
```