IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERELL PRUITT, RONALD PETERSON, and PLAZ HALL MURDOCK-ALEXANDER, JR., on behalf of themselves and other similarly situated laborers,<br><br>       Plaintiff,<br><br>    v.<br><br>PERSONNEL STAFFING GROUP, LLC d/b/a, MVP, THE SEGERDAHL CORP., VISUAL PAK COMPANY, MEDLINE INDUSTRIES, INC., GEORGIA NUT COMPANY, C&D RECYLING, LLC and METROPOLITAN GRAPHICS ARTS, INC.,<br><br>       Defendants. | Case No. 16-cv-05079<br><br>Judge Dow<br><br>Magistrate Judge Harjani |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **13th** day of **August, 2019,** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow Jr., Courtroom 2303, United States Courthouse, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, to present **Defendant The Segerdahl Corp.'s Motion to Withdraw and Substitute Counsel.**

Dated: July 22, 2019							Respectfully submitted,


									*DEFENDANT*
									*THE SEGERDAHL CORP.*

									/s/ Nicholas Anaclerio, Jr.

									Nicholas Anaclerio, Jr.
									Elizabeth N. Hall
									Michelle T. Olson
									Vedder Price P.C.
									222 North LaSalle Street
									Suite 2600
									Chicago, IL 60601
									Telephone: (312) 609-7538
									Email: nanaclerio@vedderprice.com
											ehall@vedderprice.com
											molson@vedderprice.com

**CERTIFICATE OF SERVICE**

    I, Nicholas Anaclerio, Jr., an attorney, certify that on this 22nd day of July 2019, a true and correct copy of the foregoing **Notice of Motion** was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon all counsel of record.

                                                     /s/ Nicholas Anaclerio, Jr.