**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Derell Pruitt, et al.
                                        Plaintiff,

v.                                      Case No.: 1:16−cv−05079
                                        Honorable Robert M. Dow Jr.

Personnel Staffing Group, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 31, 2019:

    MINUTE entry before the Honorable Sunil R. Harjani: Minute entry [410] is amended as follows: Preliminary settlement discussion held by phone and continued to September 18, 2019 at 10:30 a.m. Plaintiff's counsel shall issue a discovery request for the documents discussed during the call by 8/1/2019. Defendant PSG shall respond and produce the documents on or before August 14, 2019. Plaintiff's counsel shall issue a revised settlement demand on or before August 30, 2019, with a copy to the Court. All defendants shall respond on or before September 13, 2019. The Court will discuss next steps, including the setting of an in−person settlement conference, during the next telephone conference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.