UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Derell Pruitt, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:16−cv−05079
                                                        Honorable Robert M. Dow Jr.

Personnel Staffing Group, LLC, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2019:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motions to deny class certification [363, 366, 373, 374, 375, 378, 382] are stricken as superseded. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.